IN RE RESIGNATION OF BRAY.

[Cite as In re Resignation of Bray (1990),
53 Ohio St. 3d 601.]

(No. 90-1138—Submitted July 19, 1990—
Decided July 25, 1990.)

The resignation of Edward J. Bray as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF HALL.

[Cite as In re Resignation of Hall (1990),
53 Ohio St. 3d 601.]

(No. 90-1202—Submitted July 19, 1990—
Decided July 25, 1990.)

The resignation of Charles H. Hall as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF KALK.

[Cite as In re Resignation of Kalk (1990),
53 Ohio St. 3d 601.]

(No. 90-1219—Submitted July 19, 1990—
Decided July 25, 1990.)

The resignation of Joseph Kalk as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.